ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| ArmorSource, LLC | ) ASBCA No. 62895 |
| | ) |
| Under Contract No. W91CRB-15-D-0023 | ) |

APPEARANCES FOR THE APPELLANT:    Joshua D. Schnell, Esq.
    Rhina M. Cardenal, Esq.
    Jason W. Moy, Esq.
      Cordatis LLP
      Arlington, VA

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
      Army Chief Trial Attorney
    MAJ Benjamin W. Hogan, JA
    Zachary F. Jacobson, Esq.
      Trial Attorneys

ORDER OF DISMISSAL

The parties have executed a Joint Stipulation of Dismissal dated January 13, 2023, requesting that this appeal be dismissed with prejudice, with each party to bear its own costs and fees. This appeal is therefore dismissed with prejudice in accordance with the parties' Joint Stipulation.

Dated: January 26, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62895, Appeal of ArmorSource, LLC, rendered in conformance with the Board's Charter.

Dated: January 26, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals